1  LUBIN & ENOCH, P.C.
   Nicholas J. Enoch
2  State Bar No. 016473
   Stanley Lubin
3  State Bar No. 003076
   349 North Fourth Avenue
4  Phoenix, Arizona 85003-1505
   Telephone: (602) 234-0008
5  Facsimile: (602) 626-3586
   Email: nick@lubinandenoch.com
6
   Attorneys for Plaintiff
7
                **IN THE UNITED STATES DISTRICT COURT**
8
                  **FOR THE DISTRICT OF ARIZONA**
9

10 Tammy L. Barber, a single          Case No. CV-13-01270-PHX-LOA
   woman,
11
        Plaintiff,
12                                     **PLAINTIFF'S MOTION FOR
   v.                                  ORDER AUTHORIZING
13                                     ALTERNATIVE SERVICE**
   Jaime and Jeremy Lilly, wife
14 and husband, *et al.*,

15      Defendants.

16
        Plaintiff, Tammy L. Barber ("Barber"), by and through
17
   undersigned counsel, Lubin & Enoch, P.C., moves the Court to
18
   authorize service of the Summons and a copy of the Complaint
19
   on Defendants Jaime and Jeremy Lilly (the "Lillys") and AZ
20
   Pool Supplies, Inc. ("AZ Pool") via (1) e-mail
21
   [info@azpoolsupplies.com], (2) facsimile (480-607-1904), and
22
   (3) certified mail with return receipt requested to the
23
   following two (2) addresses:
24
                            **WORK**
25                    Jaime and Jeremy Lilly
                        AZ Pool Supplies, Inc.
26                    10267 North Scottsdale Road

27

28

Scottsdale, Arizona 85253[1]

and

**HOME**
Jaime and Jeremy Lilly
20913 North 37th Way
Phoenix, Arizona 85050

Fed. R. Civ. P. 4(e)(1); Ariz. R. Civ. P. 4.1(k).  Efforts to serve the Defendants through one of the means authorized by Arizona Rule of Civil Procedure 4.1(c) have proven impracticable.

The grounds for this Motion are set forth below:

1.  On June 26, 2013, three Summonses were issued in the above-captioned matter.

2.  On June 27, 2013, Barber attempted, but was unable, to serve the Lillys and AZ Pool at their store, located at 10267 North Scottsdale Road, Scottsdale, Arizona 85253.  *See* attached Exhibits A, B, and C.

3.  Barber again unsuccessfully attempted to serve the Lillys at their store on June 28, July 1, and July 3.  *See* attached Exhibits A, B, and C.

4.  On July 9, 2013, after four failed attempts to serve the Lillys at their store, Barber attempted to serve the Lillys at their home, located at 20913 North 37th Way, Phoenix, Arizona 85050.  Although the process server was again unsuccessful, he saw someone look out the peephole.

---

[1]  With the exception of the Lilly's home address, all of the other contact information was gleaned from the "Contact Us" portion of the AZ Pool website, http://www.azpoolsupplies.com/contact-us/.

He also confirmed with a letter carrier that the Lillys did, in fact, live at that address. *See* attached Exhibits D, E, and F.

5.  Barber attempted to serve the Lillys at home again on July 13, July 18, and July 24.  All attempts were unsuccessful, despite the fact that the process server could see someone look through the peephole each time. *See* attached Exhibits D, E, and F.

6. Barber again attempted service on the Lillys and AZ Pool Supplies at the business address on three occasions: the afternoons of September 4 and September 7. On the first day, a company representative told the process server that Jeremy Lilly had just stepped out and that Jaime Lilly was out of town. *See* Exhibits G, H, and I.

7. On September 12, the process server again attempted service at the work address and was told Jeremy Lilly is rarely in the office and that Jaime Lilly because her mother was sick. *See* Exhibits G, H, and I.

8. The process server then attempted service on the mornings of September 14 and September 15 at the Lillys' home address. On both occasions, there was no answer at the door, but someone looked at the peephole at him. *See* Exhibits J, K, and L.

9.  The Lillys are aware that they are being sued, but appear to be avoiding the process server.  On July 1, 2013, Jeremy Lilly sent Barber's daughter a text message asking, "Did you know your mom is trying to sue us?"  Lilly

1 continued, stating, "Your mom is trying to sue us for
2 overtime pay, even though she was always paid in full on-
3 time...." *See* attached Exhibit M.

4     10.   In an abundance of caution and in accordance with
5 Federal Rule of Civil Procedure 4(e)(1), which defers to
6 Arizona Rule of Civil Procedure 4.1(k), the Summons and a
7 copy of the Complaint were sent via the three methods set
8 forth above.  A copy of this motion was also sent via the
9 same means.

10     **WHEREFORE**, Barber respectfully requests the Court to
11 grant this motion and sign the proposed Order submitted
12 herewith.

13     RESPECTFULLY SUBMITTED this 24th day of September, 2013.

14     LUBIN & ENOCH, P.C.

15

16     s/Nicholas J. Enoch
    Nicholas J. Enoch, Esq.
17     Attorneys for Plaintiff

18     **CERTIFICATE OF SERVICE**

19 I hereby certify that on the 24th day of September 2013, I
electronically transmitted the attached Motion to the U.S.
20 District Court Clerk's office using the CM/ECF System for
filing.  I further certify that, on this same date, I caused
21 to be hand-delivered the same Notice to the following
recipients:
22

Honorable Lawrence O. Anderson
23 United States Magistrate Judge for the District of Arizona
Sandra Day O'Connor U.S. Courthouse, Ste. 322
24 401 West Washington Street, SPC 11
Phoenix, Arizona 85003
25

Copy of the foregoing Motion sent this same date via e-mail
26 [info@azpoolsupplies.com], facsimile (480-607-1904), and
certified mail with return receipt requested to:
27

28

4

1   Jaime and Jeremy Lilly
    AZ Pool Supplies, Inc.
2   10267 North Scottsdale Road
    Scottsdale, Arizona 85253
3   Defendants *pro per*

4   Jaime and Jeremy Lilly
    20913 North 37th Way
5   Phoenix, Arizona 85050

6

7

8   */s/*Cristina Sanidad

    F:\Law Office\client discovery\Barber\Pleading\2013-9-24 Motion for Alternate Service.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28