# EXHIBIT A

| IAS#: | 32274 |
|---|---|
| Atty #:   1941-001 | |

Court:     US DISTRICT COURT - AZ
State:     ARIZONA
Case #:    2:13-cv-01270-LOA

NON SERVICE
AFFIDAVIT

Plaintiff/Petitioner:       TAMMY L. BARBER

vs

Defendant/Respondent:      JAIME AND JEREMY LILLY, ET AL

Client:       Lubin & Enoch, Nicholas J. Enoch

Documents:    Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States
              Magistrate Judge;
Date Received:  6/26/2013
Attempted Upon:  AZ Pool Supplies, Inc, by service upon its Statutory Agent, Jaime Lilly

I attempted service at: 10267 N. Scottsdale Rd., Ste C,  Scottsdale, AZ 85253 on 6/27/2013 at 2:26 p.m., I spoke to a
man, who said that the Lillys were not in.  He did not know when they might be in.  On 6/28/2013 at 2:49 p.m., I spoke
to the same man I spoke to on 6/27.  He said that the Lillys were not in.  On 7/1/2013 at 9:42 a.m., I spoke to a woman
who had been in the office each of the previous attempts.  She said that neither of the Lillys were there.  On 7/3/2013 at
10:34 a.m., I spoke to the man I spoke to previously, who said that the Lillys were not in.

We are holding the documents for further instructions.

/s Bryan Curry,
Affiant authorized under A.R.C.P. 4 to serve
legal papers in the above matter

SUBSCRIBED AND SWORN to me this 5th day of July, 2013.

Notary Public:  Francis J. Brinkman III
My Commission Expires:  February 14, 2015

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

| $0.00 | Attempt | |
|---|---|---|
| $0.00 | Mileage ( | ) BC |
| $0.00 | Mileage ( | ) |
| $0.00 | | |
| $0.00 | | |
| $9.00 | Preparation of Affidavit/Notary | |
| $ 9.00 | Total | |

Integrity Attorney Services
P.O. Box 33123
Phoenix, Arizona. 85067-3123

# EXHIBIT B

| IAS#: | | 32273 |
|---|---|---|
| Atty #: | 1941-001 | |

| | | |
|---|---|---|
| Court: | US DISTRICT COURT - AZ | NON SERVICE |
| State: | ARIZONA | AFFIDAVIT |
| Case #: | 2:13-cv-01270-LOA | |

Plaintiff/Petitioner:   TAMMY L. BARBER

vs

Defendant/Respondent:   JAIME AND JEREMY LILLY, ET AL

Client:   Lubin & Enoch, Nicholas J. Enoch

Documents:   Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States
Magistrate Judge;

Date Received:   6/26/2013

Attempted Upon:   Jaime Lilly

I attempted service at: 10267 N. Scottsdale Rd., Ste C,  Scottsdale, AZ 85253 on 6/27/2013 at 2:26 p.m., I spoke to a man, who said that the Lillys were not in.  He did not know when they might be in.  On 6/28/2013 at 2:49 p.m., I spoke to the same man I spoke to on 6/27.  He said that the Lillys were not in.  On 7/1/2013 at 9:42 a.m., I spoke to a woman who had been in the office each of the previous attempts.  She said that neither of the Lillys were there.  On 7/3/2013 at 10:34 a.m., I spoke to the man I spoke to previously, who said that the Lillys were not in.

We are holding the documents for further instructions.

/s Bryan Curry,
Affiant authorized under A.R.C.P. 4 to serve
legal papers in the above matter

SUBSCRIBED AND SWORN to me this 5th day of July, 2013.

Notary Public:   Francis J. Brinkman III
My Commission Expires:  February 14, 2015

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

| | | |
|---|---|---|
| $0.00 | Attempt | |
| $47.50 | Mileage  (19) BC | |
| $0.00 | Mileage (     ) | |
| $0.00 | | |
| $0.00 | | |
| $9.00 | Preparation of Affidavit/Notary | |
| $ 56.50 | Total | |

Integrity Attorney Services
P.O. Box 33123
Phoenix, Arizona. 85067-3123

# EXHIBIT C

| IAS#: | | 32272 |
|---|---|---|
| Atty #: | 1941-001 | |

Court:    US DISTRICT COURT - AZ

State:    ARIZONA                               NON SERVICE

Case #:    2:13-cv-01270-LOA                    AFFIDAVIT

Plaintiff/Petitioner:    TAMMY L. BARBER

vs

Defendant/Respondent:    JAIME AND JEREMY LILLY, ET AL

Client:    Lubin & Enoch, Nicholas J. Enoch

Documents:    Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States Magistrate Judge;

Date Received:    6/26/2013

Attempted Upon:    Jeremy Lilly

I attempted service at: 10267 N. Scottsdale Rd., Ste C,  Scottsdale, AZ 85253 on 6/27/2013 at 2:26 p.m., I spoke to a man, who said that the Lillys were not in.  He did not know when they might be in.  On 6/28/2013 at 2:49 p.m., I spoke to the same man I spoke to on 6/27.  He said that the Lillys were not in.  On 7/1/2013 at 9:42 a.m., I spoke to a woman who had been in the office each of the previous attempts.  She said that neither of the Lillys were there.  On 7/3/2013 at 10:34 a.m., I spoke to the man I spoke to previously, who said that the Lillys were not in.

We are holding the documents for further instructions.

/s Bryan Curry,
Affiant authorized under A.R.C.P. 4 to serve
legal papers in the above matter

SUBSCRIBED AND SWORN to me this 5th day of July, 2013.

Notary Public:  Francis J. Brinkman III
My Commission Expires:  February 14, 2015

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

| $0.00 | Attempt | |
|---|---|---|
| $0.00 | Mileage ( | ) BC |
| $0.00 | Mileage ( | ) |
| $0.00 | | |
| $0.00 | | |
| $9.00 | Preparation of Affidavit/Notary | |
| $ 9.00 | Total | |

Integrity Attorney Services
P.O. Box 33123
Phoenix, Arizona. 85067-3123

# EXHIBIT D

| IAS#: | 32274 |
|-------|-------|
| Atty #: | 1941-001 |

Court:            US DISTRICT COURT - AZ
County:
State:            ARIZONA                                      NON SERVICE
Case #:           2:13-cv-01270-LOA                            AFFIDAVIT

Plaintiff/Petitioner:        TAMMY L. BARBER
                                vs
Defendant/Respondent:        JAIME AND JEREMY LILLY, ET AL

Client:            Lubin & Enoch, Nicholas J. Enoch

Documents:         Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States
                   Magistrate Judge;
Date Received:     6/26/2013
Attempted Upon:    AZ Pool Supplies, Inc, by service upon its Statutory Agent, Jaime Lilly

I attempted service at: 20913 N. 37th Way,  Phoenix, AZ 85050 on 7/9/2013 at 12:13 p.m., there was no answer at the
door.  I saw no vehicles. I saw someone look out the peephole at me.  I spoke to a letter carrier, who confirmed that the
Lillys live here. On 7/13/2013 at 1:02 p.m., there was no answer at the door.  I saw no vehicles. I saw someone look out
the peephole. On 7/18/2013 at 6:53 p.m., there was no answer at the door.  I saw no vehicles. I saw someone look out
the peephole at me.  I also saw a young girl, maybe seven or eight years old, look out the window at me. On 7/24/2013
at 7:52 a.m., there was no answer at the door.  I saw no vehicles. Someone looked out the peephole at me.

Our Client wants to request Alternative Method of Service. Per client instructions, we are returning the documents.

_____
                          /s Bryan Curry,
                Affiant authorized under A.R.C.P. 4 to serve
                       legal papers in the above matter

SUBSCRIBED AND SWORN to me this 24th day of July, 2013.

_____
Notary Public:  Francis J. Brinkman III
My Commission Expires:  February 14, 2015

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

| $0.00 | Attempt |
|-------|---------|
| $0.00 | Mileage ( ) BC |
| $0.00 | Mileage ( ) |
| $0.00 | |
| $0.00 | |
| $9.00 | Preparation of Affidavit/Notary |
| $ 9.00 | Total |

Integrity Attorney Services
P.O. Box 33123
Phoenix, Arizona. 85067-3123

# EXHIBIT E

| IAS#: | 32273 |
|---|---|
| Atty #:   1941-001 | |

Court:      US DISTRICT COURT - AZ
County:
State:      ARIZONA                                         NON SERVICE
Case #:     2:13-cv-01270-LOA                               AFFIDAVIT

Plaintiff/Petitioner:      TAMMY L. BARBER
                                   vs
Defendant/Respondent:      JAIME AND JEREMY LILLY, ET AL

Client:      Lubin & Enoch, Nicholas J. Enoch

Documents:      Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States
                Magistrate Judge;
Date Received:      6/26/2013
Attempted Upon:      Jaime Lilly

I attempted service at: 20913 N. 37th Way,  Phoenix, AZ 85050 on 7/9/2013 at 12:13 p.m., there was no answer at the
door.  I saw no vehicles. I saw someone look out the peephole at me.  I spoke to a letter carrier, who confirmed that the
Lillys live here. On 7/13/2013 at 1:02 p.m., there was no answer at the door.  I saw no vehicles. I saw someone look out
the peephole.  On 7/18/2013 at 6:53 p.m., there was no answer at the door.  I saw no vehicles. I saw someone look out
the peephole at me.  I also saw a young girl, maybe seven or eight years old, look out the window at me. On 7/24/2013
at 7:52 a.m., there was no answer at the door.  I saw no vehicles. Someone looked out the peephole at me.

Our Client wants to request Alternative Method of Service. Per client instructions, we are returning the documents.

                                                          /s Bryan Curry,
                                          Affiant authorized under A.R.C.P. 4 to serve
                                                 legal papers in the above matter

SUBSCRIBED AND SWORN to me this 24th day of July, 2013.

                                          FRANCIS J. BRINKMAN III
                                          Notary Public - Arizona
                                          MARICOPA COUNTY
                                          My Comm. Exp. 02-14-15

Notary Public:   Francis J. Brinkman III
My Commission Expires:  February 14, 2015

| $16.00 | Attempt |
|---|---|
| $60.00 | Mileage  (24) BC |
| $0.00 | Mileage (      ) |
| $0.00 | |
| $0.00 | |
| $9.00 | Preparation of Affidavit/Notary |
| $ 85.00 | Total |

| Integrity Attorney Services |
|---|
| P.O. Box 33123 |
| Phoenix, Arizona. 85067-3123 |

# EXHIBIT F

IAS#:                                    32272
Atty #:   1941-001

Court:      US DISTRICT COURT - AZ
County:
State:      ARIZONA                                          NON SERVICE
Case #:     2:13-cv-01270-LOA                                AFFIDAVIT

Plaintiff/Petitioner:      TAMMY L. BARBER
                               vs
Defendant/Respondent:      JAIME AND JEREMY LILLY, ET AL

Client:     Lubin & Enoch, Nicholas J. Enoch

Documents:  Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States
            Magistrate Judge;
Date Received:    6/26/2013
Attempted Upon:   Jeremy Lilly

I attempted service at: 20913 N. 37th Way, Phoenix, AZ 85050 on 7/9/2013 at 12:13 p.m., there was no answer at the
door. I saw no vehicles. I saw someone look out the peephole at me. I spoke to a letter carrier, who confirmed that the
Lillys live here. On 7/13/2013 at 1:02 p.m., there was no answer at the door. I saw no vehicles. I saw someone look out
the peephole. On 7/18/2013 at 6:53 p.m., there was no answer at the door. I saw no vehicles. I saw someone look out
the peephole at me. I also saw a young girl, maybe seven or eight years old, look out the window at me. On 7/24/2013
at 7:52 a.m., there was no answer at the door. I saw no vehicles. Someone looked out the peephole at me.

Our Client wants to request Alternative Method of Service. Per client instructions, we are returning the documents.

                                                    /s Bryan Curry,
                                         Affiant authorized under A.R.C.P. 4 to serve
                                             legal papers in the above matter

SUBSCRIBED AND SWORN to me this 24th day of July, 2013.

Notary Public:   Francis J. Brinkman III
My Commission Expires: February 14, 2015

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

$0.00      Attempt
$0.00      Mileage (      ) BC
$0.00      Mileage (      )
$0.00
$0.00
$9.00      Preparation of Affidavit/Notary
$ 9.00     Total

Integrity Attorney Services
P.O. Box 33123
Phoenix, Arizona 85067-3123

# EXHIBIT G

| IAS#: | 32274 |
|---|---|
| Atty #: 1941-001 | |

Court: US DISTRICT COURT - AZ
County: .
State: ARIZONA
Case #: 2:13-cv-01270-LOA

NON SERVICE
AFFIDAVIT

Plaintiff/Petitioner: TAMMY L. BARBER
vs
Defendant/Respondent: JAIME AND JEREMY LILLY, ET AL

Client: Lubin & Enoch, Nicholas J. Enoch

Documents: Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States Magistrate Judge;
Date Received: 6/26/2013
Attempted Upon: AZ Pool Supplies, Inc. by service upon its Statutory Agent, Jaime Lilly

I attempted service at: 10267 N. Scottsdale Rd., Ste C, Scottsdale, AZ 85253 on 9/4/2013 at 2:47 p.m., I spoke to a man at the front desk, who said that Jeremy had just stepped out but he didn't know when he would be back. He said that Jaime was "out of town," but would be back in the office on Saturday. On 9/7/2013 at 2:00 p.m., I spoke to a woman at the front desk that did not resemble the picture provided. On 9/12/2013 at 10:35 a.m., I spoke to the same woman I spoke to previously, who said that Ms. Lilly was out of town, and that her mother was sick. She said that she did not know when she would be back. She also said that Mr. Lilly very rarely comes in. On 9/12/2013 at 10:40 a.m., I called Client's office and told Cristina about the status of the case. She called back later and told me to try the home twice this weekend, then return the papers for Alternate Method..

/s Bryan Curry,
Affiant authorized under A.R.C.P. 4 to serve
legal papers in the above matter

SUBSCRIBED AND SWORN to me this 17th day of September, 2013.

Notary Public: Francis J. Brinkman III
My Commission Expires: February 14, 2015

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

| $0.00 | Attempt | |
|---|---|---|
| $0.00 | Mileage ( | ) BC |
| $0.00 | Mileage ( | ) |
| $0.00 | | |
| $0.00 | | |
| $9.00 | Preparation of Affidavit/Notary | |
| $ 9.00 | Total | |

Integrity Attorney Services
P.O. Box 33123
Phoenix, Arizona. 85067-3123

# EXHIBIT H

| IAS#: | | 32273 |
| --- | --- | --- |
| Atty #: | 1941-001 | |

Court:        US DISTRICT COURT - AZ
County:       .
State:        ARIZONA                                          **NON SERVICE**
Case #:       2:13-cv-01270-LOA                                **AFFIDAVIT**

Plaintiff/Petitioner:        TAMMY L. BARBER
                                     vs
Defendant/Respondent:        JAIME AND JEREMY LILLY, ET AL

Client:        Lubin & Enoch, Nicholas J. Enoch

Documents:     Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States
               Magistrate Judge;
Date Received: 6/26/2013
Attempted Upon: Jaime Lilly

I attempted service at: 10267 N. Scottsdale Rd., Ste C, Scottsdale, AZ 85253 on 9/4/2013 at 2:47 p.m., I spoke to a man at the front desk, who said that Jeremy had just stepped out but he didn't know when he would be back. He said that Jaime was "out of town," but would be back in the office on Saturday. On 9/7/2013 at 2:00 p.m., I spoke to a woman at the front desk that did not resemble the picture provided. On 9/12/2013 at 10:35 a.m., I spoke to the same woman I spoke to previously, who said that Ms. Lilly was out of town, and that her mother was sick. She said that she did not know when she would be back. She also said that Mr. Lilly very rarely comes in. On 9/12/2013 at 10:40 a.m., I called Client's office and told Cristina about the status of the case. She called back later and told me to try the home twice this weekend, then return the papers for Alternate Method.

                                                    _____
                                                           /s Bryan Curry,
                                                    Affiant authorized under A.R.C.P. 4 to serve
                                                    legal papers in the above matter

SUBSCRIBED AND SWORN to me this 17th day of September, 2013.

_____
Notary Public:  Francis J. Brinkman III
My Commission Expires:  February 14, 2015

| | FRANCIS J. BRINKMAN III |
| --- | --- |
| | Notary Public - Arizona |
| | MARICOPA COUNTY |
| | My Comm. Exp. 02-14-15 |

| $16.00 | Attempt |
| --- | --- |
| $47.50 | Mileage (19) BC |
| $0.00 | Mileage (     ) |
| $0.00 | |
| $0.00 | |
| $9.00 | Preparation of Affidavit/Notary |
| $ 72.50 | Total |

| Integrity Attorney Services |
| --- |
| P.O. Box 33123 |
| Phoenix, Arizona. 85067-3123 |

# EXHIBIT I

| IAS#: | | 32272 |
|---|---|---|
| Atty #: | 1941-001 | |

Court:     US DISTRICT COURT - AZ
County:
State:     ARIZONA
Case #:    2:13-cv-01270-LOA

NON SERVICE
AFFIDAVIT

Plaintiff/Petitioner:     TAMMY L. BARBER
vs
Defendant/Respondent:     JAIME AND JEREMY LILLY, ET AL

Client:     Lubin & Enoch, Nicholas J. Enoch

Documents:     Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States Magistrate Judge;
Date Received:     6/26/2013
Attempted Upon:     Jeremy Lilly

I attempted service at: 10267 N. Scottsdale Rd., Ste C, Scottsdale, AZ 85253 on 9/4/2013 at 2:47 p.m., I spoke to a man at the front desk, who said that Jeremy had just stepped out but he didn't know when he would be back. He said that Jaime was "out of town," but would be back in the office on Saturday. On 9/7/2013 at 2:00 p.m., I spoke to a woman at the front desk that did not resemble the picture provided. On 9/7/2013 at 10:35 a.m., I spoke to the same woman I spoke to previously, who said that Ms. Lilly was out of town, and that her mother was sick. She said that she did not know when she would be back. She also said that Mr. Lilly very rarely comes in. On 9/12/2013 at 10:40 a.m., I called Client's office and told Cristina about the status of the case. She called back later and told me to try the home twice this weekend, then return the papers for Alternate Method.

/s Bryan Curry,
Affiant authorized under A.R.C.P. 4 to serve legal papers in the above matter

SUBSCRIBED AND SWORN to me this 17th day of September, 2013.

Notary Public: Francis J. Brinkman III
My Commission Expires: February 14, 2015

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

| | | |
|---|---|---|
| $0.00 | Attempt | |
| $0.00 | Mileage ( | ) BC |
| $0.00 | Mileage ( | ) |
| $0.00 | | |
| $0.00 | | |
| $9.00 | Preparation of Affidavit/Notary | |
| $ 9.00 | Total | |

Integrity Attorney Services
P.O. Box 33123
Phoenix, Arizona, 85067-3123

# EXHIBIT J

| IAS#: | 32274 |
|---|---|
| Atty #: 1941-001 | |

Court:     US DISTRICT COURT - AZ
County:    .
State:     ARIZONA                              NON SERVICE
Case #:    2:13-cv-01270-LOA                    AFFIDAVIT

Plaintiff/Petitioner:      TAMMY L. BARBER
                              vs
Defendant/Respondent:      JAIME AND JEREMY LILLY, ET AL

Client:        Lubin & Enoch, Nicholas J. Enoch

Documents:     Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States
               Magistrate Judge;
Date Received: 6/26/2013
Attempted Upon: AZ Pool Supplies, Inc, by service upon its Statutory Agent, Jaime Lilly

I attempted service at: 20913 N. 37th Way, Phoenix, AZ 85050 on 9/14/2013 at 10:56 a.m., there was no answer at the
door. I saw no vehicles. Someone looked out the peephole at me. On 9/15/2013 at 11:42 a.m., there was no answer at
the door. I saw no vehicles. Someone looked out the peephole at me. Per client instructions, we are returning the
documents.

_____
                        /s Bryan Curry,
            Affiant authorized under A.R.C.P. 4 to serve
                   legal papers in the above matter

SUBSCRIBED AND SWORN to me this 17th day of September, 2013.

_____
Notary Public: Francis J. Brinkman III
My Commission Expires: February 14, 2015

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

| $0.00 | Attempt | |
|---|---|---|
| $0.00 | Mileage ( | ) BC |
| $0.00 | Mileage ( | ) |
| $0.00 | | |
| $0.00 | | |
| $9.00 | Preparation of Affidavit/Notary | |
| $ 9.00 | Total | |

Integrity Attorney Services
P.O. Box 33123
Phoenix, Arizona. 85067-3123

# EXHIBIT K

| IAS#: | 32273 |
|---|---|
| Atty #:  1941-001 | |

Court:      US DISTRICT COURT - AZ
County:      .
State:      ARIZONA                                          NON SERVICE
Case #:     2:13-cv-01270-LOA                                AFFIDAVIT

Plaintiff/Petitioner:        TAMMY L. BARBER
                                  vs
Defendant/Respondent:    JAIME AND JEREMY LILLY, ET AL

Client:      Lubin & Enoch, Nicholas J. Enoch

Documents:   Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States
             Magistrate Judge;
Date Received:   6/26/2013
Attempted Upon:  Jaime Lilly

I attempted service at: 20913 N. 37th Way,  Phoenix, AZ 85050 on 9/14/2013 at 10:56 a.m., there was no answer at the
door. I saw no vehicles. Someone looked out the peephole at me.  On 9/15/2013 at 11:42 a.m., there was no answer at
the door.  I saw no vehicles. Someone looked out the peephole at me.  Per client instructions, we are returning the
documents.

/s Bryan Curry,
Affiant authorized under A.R.C.P. 4 to serve
legal papers in the above matter

SUBSCRIBED AND SWORN to me this 17th day of September, 2013.

Notary Public:  Francis J. Brinkman III
My Commission Expires:  February 14, 2015

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

| $16.00 | Attempt |
|---|---|
| $60.00 | Mileage  (24) BC |
| $0.00 | Mileage  (      ) |
| $0.00 | |
| $0.00 | |
| $9.00 | Preparation of Affidavit/Notary |
| $ 85.00 | Total |

Integrity Attorney Services
P.O. Box 33123
Phoenix, Arizona. 85067-3123

# EXHIBIT L

| IAS#: | 32272 |
|---|---|
| Atty #: | 1941-001 |

Court:   US DISTRICT COURT - AZ
County:
State:   ARIZONA
Case #:   2:13-cv-01270-LOA

**NON SERVICE
AFFIDAVIT**

Plaintiff/Petitioner:   TAMMY L. BARBER
vs
Defendant/Respondent:   JAIME AND JEREMY LILLY, ET AL

Client:   Lubin & Enoch, Nicholas J. Enoch

Documents:   Summons in a Civil Action; Complaint; Consent to Exercise of Jurisdiction by United States Magistrate Judge;
Date Received:   6/26/2013
Attempted Upon:   Jeremy Lilly

I attempted service at: 20913 N. 37th Way,  Phoenix, AZ 85050 on 9/14/2013 at 10:56 a.m., there was no answer at the door.  I saw no vehicles. Someone looked out the peephole at me.  On 9/15/2013 at 11:42 a.m., there was no answer at the door.  I saw no vehicles. Someone looked out the peephole at me. Per client instructions, we are returning the documents.

/s Bryan Curry,
Affiant authorized under A.R.C.P. 4 to serve
legal papers in the above matter

SUBSCRIBED AND SWORN to me this 17th day of September, 2013.

Notary Public:   Francis J. Brinkman III
My Commission Expires:  February 14, 2015

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

| $0.00 | Attempt |
|---|---|
| $0.00 | Mileage (          ) BC |
| $0.00 | Mileage (          ) |
| $0.00 | |
| $0.00 | |
| $9.00 | Preparation of Affidavit/Notary |
| $ 9.00 | Total |

Integrity Attorney Services
P.O. Box 33123
Phoenix, Arizona. 85067-3123

# EXHIBIT M



.ıll.. Sprint 3G     5:53 PM     18%

**Messages** **Jeremy Lilly** **Edit**

Huh on which part? lol

Jul 1, 2013, 4:00 PM

Both. What about my dad and my car?

Your mom is trying to sue us for overtime pay, even though she was always paid in full on-time....

Didn't your step dad help you finance a car?

Yeah.... Why?

during that time your mom bought Doug's daughter her car. I always thought it was messed up that she

 iMessage     Send

Case 2:13-cv-01276-LOA Document 19-1 Filed 09/24/13 Page 28 of 30

**Messages** Jeremy Lilly **Edit**

during that time your mom bought Doug's daughter her car. I always thought it was messed up that she helped Doug's daughter but not you....

Regardless of what my mom and I are going through. Or went through. I don't know how I'm any part of this.

You're not a part of it....

I'm sorry

don't be sorry it's not your deal.


iMessage Send

●ıll Sprint 3G          5:54 PM          🕐 ⅊ 18% 🔋

**Messages**          **Jeremy Lilly**          **Edit**

don't be sorry it's not your deal.

Jul 1, 2013, 4:15 PM

Okay....

I just didn't have a reason to keep the car thing a secret.... Maybe you already knew.

I already knew, but thanks. What's funny about you keeping it a secret is that I've had my car for a year. Why are you just telling me now?

Delivered

just thought about it

 iMessage          Send

**Messages** **Jeremy Lilly** **Edit**

> I just didn't have a reason to keep the car thing a secret.... Maybe you already knew.

> I already knew, but thanks. What's funny about you keeping it a secret is that I've had my car for a year. Why are you just telling me now?

Delivered

> just thought about it now.... And since your mom isn't a friend just thought I'd give you a heads up.

📷 iMessage Send