**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tammy L. Barber, a single woman,<br><br>　　Plaintiff,<br><br>v.<br><br>Jaime and Jeremy Lilly, wife and husband, *et al.*,<br><br>　　Defendants. | Case No. CV-13-01270-PHX-LOA<br><br>**ORDER** |

The Court having received and considered Plaintiff's Motion for Alternative Service (Doc. 9), and good cause appearing therefor,

　　**IT IS ORDERED** that the Motion is granted.  Plaintiff Barber will be permitted to execute service via email, facsimile, and certified mail with return receipt requested to the work and home addresses of Jaime and Jeremy Lilly.