LUBIN & ENOCH, P.C.
Nicholas J. Enoch
State Bar No. 016473
Stanley Lubin
State Bar No. 003076
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email: nick@lubinandenoch.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Tammy L. Barber, a single woman, | Case No. CV-13-01270-PHX-LOA |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF** |
| Jaime and Jeremy Lilly, wife and husband, *et al.*, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that the above-captioned matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), no answer or other responsive pleading having been filed by Defendants herein.

RESPECTFULLY SUBMITTED this 4th day of December 2013.

LUBIN & ENOCH, P.C.


s/Nicholas J. Enoch
Nicholas J. Enoch, Esq.
Attorneys for Plaintiff

///

///

///

///

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December 2013, I electronically transmitted the attached Notice to the U.S. District Court Clerk's office using the CM/ECF System for filing.


*/s/*Cristina Sanidad

F:\Law Offices\client directory\Barber\Pleading\2013-12-4 Notice of Dismissal.wpd

2